IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN N. WOODS,

    Plaintiff,

v.                                                Case No. 4:17cv581-MW/CAS

DIRECTOR, OFFICE OF WORKERS
COMPENSATION PROGRAM,
LONGSHORE AND HARBOR DIVISION,
and SIXTH COMPENSATION DISTRICT
DIRECTOR,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. This Court has also considered Plaintiff's Motion for Extension of Time, Motion for Appointment of Process Server, and Motion to Request Transfer to the Middle District of Florida. ECF Nos. 9, 11, and 12. Accordingly,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for lack of jurisdiction and because the case is not ripe for

1

judicial review.  Plaintiff's motion for extension of time, motion for appointment of process server, and motion to transfer case, ECF Nos. 9, 11, and 12, are **DENIED**."  The Clerk shall close the file.

**SO ORDERED on January 25, 2018.**

              <u>**s/Mark E. Walker**</u>    
              **United States District Judge**