IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN N. WOODS,

      Plaintiff,

v.                                  Case No. 4:17cv581-MW/CAS

DIRECTOR, OFFICE OF WORKERS
COMPENSATION PROGRAM,
LONGSHORE AND HARBOR DIVISION,
and SIXTH COMPENSATION DISTRICT
DIRECTOR,

      Defendants.
_____/

## AMENDED ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, Plaintiff's Objections to Recommendation, ECF Nos. 15 and 16, filed January 30, 2018, after the entry of this Court's Order Accepting and Adopting Report and Recommendation, ECF No. 13, and Clerk's Judgment, ECF No. 14, on January 25, 2018. Upon consideration,

**IT IS ORDERED:**

The Order Accepting and Adopting Report and Recommendation, ECF No. 13, and the Clerk's Judgment, ECF No. 14, are hereby **set aside.** The Clerk is directed to vacate these orders.

This Court having considered the Magistrate's report and recommendation, ECF No. 8, and having reviewed *de nova* Plaintiff's objections, **accepts and adopts**,

1

over Plaintiff's objections, the Magistrate's report and recommendation as the Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for lack of jurisdiction and because the case is not ripe for judicial review. Plaintiff's motion for extension of time, ECF No. 9, is **DENIED as moot**, and his motion for appointment of process server and motion to transfer case, ECF Nos. 11 and 12, are **DENIED**." The Clerk shall close the file.

**SO ORDERED on January 31, 2018.**

**s/Mark E. Walker             ____**
**United States District Judge**